**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          In re Richard A. Dunsmore

Appellate case numbers:      01-22-00943-CR and 01-22-00944-CR

Trial court case numbers:     56909 and 56910

Trial court:                         412th District Court of Brazoria County

Richard A. Dunsmore, incarcerated and proceeding pro se, filed a petition for writ of mandamus asserting that the trial court abused its discretion by denying his motions to recuse the Honorable Lamar McCorkle, Visiting Judge of the 412th District Court of Brazoria County, in trial court criminal case numbers 56909 and 56910. On January 10, 2023, the Court issued an opinion denying Dunsmore's request for mandamus relief.

On January 30, 2023, Dunsmore filed a "request to stay" or for the "abatement of the advancement of the memorandum opinion" issued on January 10, 2023. In his motion, Dunsmore requests that the Court "stay" or "abate" the "issuance of the mandate in this case until the request to the administrative judge in Houston, Texas is answered as to getting permission to get an instrument to remove Senior Judge McCorkle from Brazoria County cases . . . 56909 [and] 56910."

In original proceedings filed under Texas Rule of Appellate Procedure 52, the Court does not issue a judgment or mandate after taking action on the petition. *See* TEX. R. APP. P. 52.8 (titled "Action on Petition"). Accordingly, this Court is unable to take any action requested by Dunsmore's motion.

Dunsmore's motion for "stay" or "abatement" is therefore **denied**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                            ☑ Acting individually     ☐ Acting for the Court

Date:  ___February 9, 2023_____